UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PABLO JUNIOR HILDALGO,

                                  Plaintiff,                **ORDER**

-against-                                        25 Civ. 3994 (JCM)

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.
-------------------------------------------------------------X

        On July 24, 2025, Defendant filed a motion to dismiss. (Docket No. 8). Plaintiff is directed to respond to this motion by October 10, 2025. Defendant's reply, if any, is due October 17, 2025.

Dated:  September 9, 2025
            White Plains, New York

                                                        **SO ORDERED:**

                                                          _____
                                                          JUDITH C. McCARTHY
                                                          United States Magistrate Judge