UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PABLO JUNIOR HIDALGO,

                                      Plaintiff,                    **ORDER**

        -against-                                             25 Civ. 3994 (NSR)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

                                      Defendant.
-------------------------------------------------------------X

        On October 8, 2025, the Court directed Plaintiff to respond to the Commissioner's Motion to Dismiss, (Docket No. 8), by October 10, 2025. (Docket No. 15). As of today, no opposition has been filed. If the Plaintiff does not submit an opposition by December 1, 2025, the Court will deem this matter fully submitted.

Dated:  October 28, 2025
           White Plains, New York

                                                              **SO ORDERED:**

                                                              _____
                                                               JUDITH C. McCARTHY
                                                               United States Magistrate Judge