**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PABLO J. H.,

                          Plaintiff,                        25 **CIVIL** 3994 (NSR)(JCM)

    -against-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 19, 2026, the Court has adopted MJ McCarthy's R & R in its entirety. The Commissioner's motion for summary judgment seeking to dismiss the action as untimely is GRANTED. Judgment is entered in favor of the Commissioner; accordingly, the case is closed.

**Dated:**  New York, New York
       March 20, 2026

                                     **TAMMI M. HELLWIG**
                                  _____
                                      **Clerk of Court**

                                    K. mango
                **BY:**
                                      _____
                                      **Deputy Clerk**